**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     A-1 Auto Body and Paint Shop, LLC v. Margaret McQuiggan

Appellate case number:   01-13-00250-CV

Trial court case number: 1022350

Trial court:             Co Civil Ct at Law No 1 of Harris County

Appellee's "Motion for Involuntary Dismissal" is denied.

    It is so ORDERED.


Judge's signature:  /s/ Laura Carter Higley
                    ☒  Acting for the Court

Panel consists of Justices Keyes, Higley, and Massengale

Date:  December 4, 2013